1  STEVEN G. KALAR
   Federal Public Defender
2  CANDIS L. MITCHELL
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Telefacsimile: (415) 436-7706
5  E-mail: Candis_Mitchell@fd.org

6  Counsel for Defendant

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR- 13-081 NJV
                                   )
12              Plaintiff,         )
                                   )   **ASSERTION OF FIFTH AND SIXTH**
13        v.                       )   **AMENDMENT RIGHTS**
                                   )
14                                 )
   Jeffrey Bryson                  )
15              Defendant.         )
                                   )
16 _____)

17        I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to

18 remain silent and to have counsel present at any and all of my interactions with the government

19 or others acting on the government's behalf. I do not wish to, and will not, waive any of my

20 constitutional rights except in the presence of counsel. I do not want the government or others

21 acting on the government's behalf to question me, or to contact me seeking my waiver of any

22 rights, unless my counsel is present.

23 _____
24 (Defendant's signature)

25 _____Candis L. Mitchell_____
26 (Attorney's name)

27 _____Candis Mitchell_____
   (Attorney's signature)

28 Date: 11 Feb 2013        Time: 1:00      a.m. / p.m.