1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Special Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6488
7         FAX: (415) 436-7200
          marc.wolf@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                             EUREKA DIVISION

13
   UNITED STATES OF AMERICA        )  No. CR 13-0081 NJV
14                                 )
                                   )  UNITED STATES' REQUEST FOR LEAVE TO
15                                 )  DISMISS THE INFORMATION
      v.                           )
16                                 )
   JEFFREY BRYSON,                 )
17                                 )
          Defendant.                )
18 _____)

19
        The parties stipulate that Mr. Bryson has completed his conditions of post-plea diversion and that
20
   the hearing scheduled for August 18, 2014 at 1:00 p.m. should be vacated.  With leave of the Court, and
21
   pursuant to Federal Rule of Criminal Procedure 48(a), and 18 U.S.C. § 3607, the United States Attorney
22
   for the Northern District of California dismisses the above Information without prejudice.
23

24

25

26

27

28

   UNITED STATES' REQUEST FOR LEAVE TO DISMISS INFORMATION
   CR 13-0081 NJV

1 | DATED: August 12, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MARC PRICE WOLF
Special Assistant United States Attorney

Leave is granted to the government to dismiss the Information. It is further ordered that the hearing scheduled for August 18, 2014 at 1:00 p.m. is vacated.

Date: August 12, 2014

United States Magistrate Judge
NANDOR J. VADAS

UNITED STATES' REQUEST FOR LEAVE TO DISMISS INFORMATION
CR 13-0081 NJV